DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES ISAIAH MURRAY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-1498

_____

August 12, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Hillsborough County; G. Gregory Green, Judge.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.